IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-00973-MSK-NYW

VISTA POINTE TOWNHOME ASSOCIATION, INC.,

      Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

      Defendant.

---

**DEFENDANT AUTO-OWNERS INSURANCE COMPANY'S RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE (ECF NO. 34)**

---

      Defendant Auto-Owners Insurance Company ("Auto-Owners") responds to the Court's Order to Show Cause (ECF No. 34):

      1.      On October 23, 2017, the Court entered an Order to Show Cause (ECF No. 34), in which the Court noted, *inter alia*, that "Vista Pointe does not appear to have standing to pursue any of the claims it asserted in this lawsuit" because "there does not appear to have been any injury actually sustained (as opposed to anticipated) by Vista Pointe as of the date it filed its Complaint in this case." (ECF No. 34 at 6.)

      2.      In response to the Court's Order to Show Cause, Auto-Owners states that the appraisal process in this case is ongoing, and Auto-Owners does not believe Plaintiff has suffered damages. Accordingly, on the facts and pleadings presented in this case, Auto-Owners does not object to the Court's dismissing Vista Pointe's Complaint.

WHEREFORE, Auto-Owners does not object to the dismissal of this case per the Court's Order to Show Cause.

Dated:  November 6, 2017                    Respectfully submitted,


                                            *s/ Terence M. Ridley*
                                            Terence M. Ridley
                                            Evan B. Stephenson
                                            Wheeler Trigg O'Donnell LLP
                                            370 Seventeenth Street, Suite 4500
                                            Denver, CO  80202-5647
                                            Telephone:  303.244.1800
                                            Facsimile:   303.244.1879
                                            Email:  ridley@wtotrial.com
                                                     stephenson@wtotrial.com

                                            Attorneys for Defendant
                                            Auto-Owners Insurance Company

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on November 6, 2017, I electronically filed the foregoing **DEFENDANT AUTO-OWNERS INSURANCE COMPANY'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (ECF NO. 34)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Daniel Patrick Barton**
  dbarton@bartonlawgroup.com, lynee@bartonlawgroup.com, susann@bartonlawgroup.com, angela@bartonlawgroup, wcollins@bartonlawgroup.com

- **Grace Anne Fox**
  fox@wtotrial.com, tingen@wtotrial.com

- **Robert Dale Green**
  green@greentriallaw.com, agalvan@greentriallaw.com, klein@greentriallaw.com

- **Hunter Milam Klein**
  klein@greentriallaw.com, hmklein81@gmail.com

- **Terence M. Ridley**
  ridley@wtotrial.com, wall@wtotrial.com, norris@wtotrial.com

- **Evan Bennett Stephenson**
  stephenson@wtotrial.com, cljones@wtotrial.com


*s/ Terence M. Ridley*
Terence M. Ridley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: ridley@wtotrial.com

Attorneys for Defendant
Auto-Owners Insurance Company